M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI LIM &
BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

*Attorneys for Plaintiff*
Cellular Transitions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR TRANSITIONS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>        Defendants. | CASE NO.  2:18-cv-07807<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Cellular Transitions, LLC ("CellTran"), by and through the undersigned counsel, hereby brings this action and makes the following allegations of patent infringement relating to U.S. Patent Nos. 8,855,637 ("the '637 patent") and 9,888,425 ("the '425 patent") against ASUSTeK Computer, Inc. and ASUS Computer International (collectively, "ASUS"), and alleges as follows upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters:

## NATURE OF THE ACTION

1.   This is an action for patent infringement.  CellTran alleges that ASUS infringes one or more claims of the '637 patent and the '425 patent, copies of which are attached as Exhibits A-B, respectively (collectively "the Asserted Patents").

## THE PARTIES

2.   Plaintiff MPV is a Texas limited liability company with its principal place of business in Plano, Texas.

3.   Upon information and belief, Defendant ASUSTeK Computer Inc., is a Taiwanese corporation with a place of business at No. 15, Li-Te Road, Beitou District, Taipei 112, Taiwan, R.O.C.

4.   Upon information and belief, ASUS Computer International is a corporation organized and existing under the laws of California with a place of business at 800 Corporate Way, Fremont, CA 94539, with a registered agent for service of process at CT Corporation System, 818 W 7th St., Suite 930, Los Angeles, CA 90017.  In addition to its registered agent, CellTran is informed and believes that ASUS Computer International and/or ASUSTeK Computer Inc. have other regular and established places of business in this District including authorized service centers (http://www.californiacomputer.com/asus-authorized-service-centre).

**JURISDICTION AND VENUE**

5.     This action for patent infringement arises under the Patent Laws of the United States, 35 U.S.C. § 1 et. seq.  This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338.

6.     This Court has personal jurisdiction over ASUS because ASUS has committed acts within the Central District of California giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over ASUS would not offend traditional notions of fair play and substantial justice.  ASUS, directly and through subsidiaries and intermediaries (including distributors, retailers, franchisees and others), has committed and continues to commit acts of infringement in this District by, among other things, making, using, testing, selling, importing, and/or offering for sale products that infringe the Asserted Patents.

7.     Venue is proper in this district and division under 28 U.S.C. §§ 1391(b)-(d) and 1400(b) because ASUS has committed acts of infringement in the Central District of California, ASUSTeK Computer Inc. is a foreign corporation and ASUS Computer International is a California corporation and one or both defendants have one or more regular and established places of business in this District.

**COUNT 1:  INFRINGEMENT OF U.S. PATENT NO. 8,855,637**

8.     The allegations of paragraphs 1-7 of this Complaint are incorporated by reference as though fully set forth herein.

9.     CellTran owns by assignment the entire right, title, and interest in the '637 patent.

10.     The '637 patent was issued by the United States Patent and Trademark Office on October 7, 2014, and is titled "Methods and Apparatus for Performing Handoff Based on the Mobility of a Subscriber Station."  A true and correct copy of the '637 patent is attached as Exhibit A.

11.     Upon information and belief, ASUS has infringed at least claim 13 of the '637 patent by making, using, testing, selling, offering for sale, importing and/or licensing in the United States licensed assisted access (LAA) mobile devices, including phones and laptops, including at least the Zenfone 4 Pro, ZenPhone 5Z, and the NovaGo laptop (collectively the "Accused Infringing Devices") in an exemplary manner as described below.

12.     The Accused Infringing Devices are subscriber stations sometimes referred to as user equipment ("UE"), which support LTE-Advanced connectivity and LAA technology.  For example, the ZenPhone 4 Pro and the NovaGo laptop use the Snapdragon 835 mobile platform, while the ZenPhone 5Z uses the Snapdragon 845 mobile platform.  Both the Snapdragon 835 and the Snapdragon 845 support LAA.



https://www.asus.com/us/Phone/ZenFone-4-Pro-ZS551KL/Tech-Specs/

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Processor** — CPU: Qualcomm® Snapdragon™ 845 Mobile Platform with 10nm, 64-bit Octa-core Processor with AI Boost

FinFET LPP (Low Power Plus) powersaving technology

GPU: Qualcomm® Adreno™ 630

https://www.asus.com/us/Phone/ZenFone-5Z-ZS620KL/Tech-Specs/



**ASUS NovaGo TP370QL-6G128G Convertible Laptop with Gigabit LTE (Unlocked)**

★★★★☆ 11

• 13.3-inch Full HD display
• Qualcomm® Snapdragon™ 835 Mobile PC Platform
• 6GB memory/128GB eMMC

More

https://www.microsoft.com/en-us/p/asus-novago-tp370ql-6g128g-convertible-laptop-with-gigabit-lte-unlocked/8z6d8jn7cgg9?icid=PC_cat_ACPC-ASUS-06042018&activetab=pivot:overviewtab

Qualcomm | Products ⌄ | Platforms ⌄ | Snapdragon 835 Mobile Platform

**Snapdragon 835 Mobile Platform**

With an advanced 10-nanometer design, the Qualcomm® Snapdragon™ 835 mobile platform can support phenomenal mobile performance. It is 35% smaller and uses 25% less power than previous designs, and is engineered to deliver exceptionally long battery life, lifelike VR and AR experiences, cutting-edge camera capabilities and Gigabit Class download speeds.

Qualcomm Snapdragon processors are a product of Qualcomm Technologies, Inc.

---

4

COMPLAINT FOR PATENT INFRINGEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Hardware and Software

**Compare Snapdragon 800 Series Mobile Platforms** >

| PROCESSOR | | MSM8998 | |
|---|---|---|---|
| | CELLULAR MODEM | Qualcomm® Snapdragon™ X16 LTE modem | Peak Download Speed: 1 Gbps<br>Peak Upload Speed: 150 Mbps |

https://www.qualcomm.com/products/snapdragon/processors/835

# Cellular Modem

Chipset

- Snapdragon X16 LTE Modem

LTE Category

- LTE Category 16 (downlink)
- LTE Category 13 (uplink)

COMPLAINT FOR PATENT INFRINGEMENT

Supported Cellular Technologies

- LTE FDD
- LTE TDD
- LAA
- LTE Broadcast
- WCDMA (DB-DC-HSDPA, DC-HSUPA)
- TD-SCDMA
- CDMA 1x
- EV-DO
- GSM/EDGE

https://www.qualcomm.com/products/snapdragon/modems/4g-lte/x16

# SDM845

Purpose-built for mobile, the SDM845 is ideal for premium mobile experiences. SDM845 supports new architectures for AI and immersive virtual reality, as well as gigabit LTE and a new security architecture.

## Cellular Modem

Modem Name

- Qualcomm® Snapdragon™ X20 LTE modem

COMPLAINT FOR PATENT INFRINGEMENT

Supported Cellular Technologies

- LTE FDD
- LTE TDD
- LAA
- LTE Broadcast
- WCDMA (DB-DC-HSDPA, DC-HSUPA)
- TD-SCDMA
- CDMA 1x
- EV-DO
- GSM/EDGE

https://www.qualcomm.com/products/sdm845

13.     The Accused Infringing Devices contain a front end module configured to establish a service with a base station via a non-licensed spectrum. For example, the Accused Infringing Devices contain front end components that convert information into radio signals that can be transmitted and received over the air.

**RFFE (RF Front-End):**

RF Front End (RFFE) refers to a set of mobile device components that convert information into radio signals that can be transmitted and received over the air. RFFE components work in conjunction with a device's modem and antenna.

https://www.qualcomm.com/news/onq/2017/02/23/mwc-2017-fundamentals-cheat-sheet

14.     Being LAA-enabled UE, the Accused Infringing Devices are configured to establish a service with a base station ("eNB") in a non-licensed (alternatively referred to as "unlicensed") spectrum.

COMPLAINT FOR PATENT INFRINGEMENT

https://www.qualcomm.com/media/documents/files/laa-webinar-feb-2016.pdf

15.    The Accused Infringing Devices contain a mobility monitoring module.    For example, the Accused Infringing Devices include a mobility monitoring module within its cellular baseband processor, such as the Qualcomm Snapdragon x16 LTE modem.

https://www.qualcomm.com/news/onq/2017/10/13/lg-v30-and-snapdragon-835-unite-premium-photography-security-and-mobile-vr

16.    The mobility monitoring module in the Accused Infringing Devices is configured to determine a first value of a mobility factor indicative of a relative motion of the subscriber station communicating using non-licensed spectrum.    For example, the Accused Infringing Devices will make radio resource management measurements representing one or more values of a mobility factor and report them to LTE LAA-enabled base stations.

COMPLAINT FOR PATENT INFRINGEMENT

## 5.5    Measurements

### 5.5.1    Introduction

The UE reports measurement information in accordance with the measurement configuration as provided by E-UTRAN. E-UTRAN provides the measurement configuration applicable for a UE in RRC_CONNECTED by means of dedicated signalling, i.e. using the *RRCConnectionReconfiguration* or *RRCConnectionResume* message.

The UE can be requested to perform the following types of measurements:

- Intra-frequency measurements: measurements at the downlink carrier frequency(ies) of the serving cell(s).

- Inter-frequency measurements: measurements at frequencies that differ from any of the downlink carrier frequency(ies) of the serving cell(s).

- Inter-RAT measurements of UTRA frequencies.

- Inter-RAT measurements of GERAN frequencies.

- Inter-RAT measurements of CDMA2000 HRPD or CDMA2000 1xRTT or WLAN frequencies.

ETSI TS 136 331 V13.8.1 (2018-01)

https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/13.08.01_60/ts_13633 1v130801p.pdf

17.    The mobility monitoring module in the Accused Infringing Devices is configured to determine availability of the service via a licensed spectrum.   For example, the mobility monitoring module within the Qualcomm Snapdragon processors within the Accused Infringing Devices is also configured to communicate with a base station ("eNB") in a licensed spectrum to determine availability of the service.

COMPLAINT FOR PATENT INFRINGEMENT



https://www.qualcomm.com/documents/progress-laa-and-its-relationship-lte-u-and-multefire

18.     The front end module in the Accused Infringing Devices is further configured to initiate transfer of the service to the licensed spectrum associated with the base station if the first value of the mobility factor indicates that the subscriber station has been in a high mobility state for at least a predetermined period of time. For example, an Accused Infringing Device ("UE") will trigger a measurement event that produces measurement results which, when processed by the base station ("eNB"), indicate that the UE is in a high mobility state, e.g., a UE's measurement results may indicate fast signal fades or rapidly increasing (or decreasing) received power from a neighbor cell (or serving cell).  The reporting of these measurements by the UE's front end module will initiate a transfer of the service to the licensed spectrum.   The UE will not report measurement results unless the UE has experienced conditions for triggering a measurement event for a predetermined period of time (referred to as the TimeToTrigger).

COMPLAINT FOR PATENT INFRINGEMENT

5.5.4.4        Event A3 (Neighbour becomes offset better than PCell/ PSCell)

The UE shall:

1> consider the entering condition for this event to be satisfied when condition A3-1, as specified below, is fulfilled;

1> consider the leaving condition for this event to be satisfied when condition A3-2, as specified below, is fulfilled;

1> if *usePSCell* of the corresponding *reportConfig* is set to *true*:

2> use the PSCell for *Mp*, *Qfp* and *Ocp*;

1> else:

2> use the PCell for *Mp*, *Qfp* and *Ocp*;

NOTE        The cell(s) that triggers the event is on the frequency indicated in the associated *measObject* which may be different from the frequency used by the PCell/ PSCell.

*Mn* is the measurement result of the neighbouring cell, not taking into account any offsets.

*Mp* is the measurement result of the PCell/ PSCell, not taking into account any offsets.

https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/13.08.01_60/ts_136331v130801p.pdf

–        *TimeToTrigger*

The IE *TimeToTrigger* specifies the value range used for time to trigger parameter, which concerns the time during which specific criteria for the event needs to be met in order to trigger a measurement report. Value ms0 corresponds to 0 ms and behaviour as specified in 7.3.2 applies, ms40 corresponds to 40 ms, and so on.

*TimeToTrigger* information element

```
-- ASN1START

TimeToTrigger ::=                    ENUMERATED {
                                         ms0, ms40, ms64, ms80, ms100, ms128, ms160, ms256,
                                         ms320, ms480, ms512, ms640, ms1024, ms1280, ms2560,
                                         ms5120}

-- ASN1STOP
```

ETSI TS 136 331 V13.8.1 (2018-01) at 6.3.5 (p. 437)

https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/13.08.01_60/ts_136331v130801p.pdf

5.5.4        Measurement report triggering

5.5.4.1        General

If security has been activated successfully, the UE shall:

1> for each *measId* included in the *measIdList* within *VarMeasConfig*:

2> if the *triggerType* is set to *event* and if the entry condition applicable for this event, i.e. the event corresponding with the *eventId* of the corresponding *reportConfig* within *VarMeasConfig*, is fulfilled for one or more applicable cells for all measurements after layer 3 filtering taken during *timeToTrigger* defined for this event within the *VarMeasConfig*, while the *VarMeasReportList* does not include an measurement reporting entry for this *measId* (a first cell triggers the event):

ETSI TS 136 331 V13.8.1 (2018-01)

---

11

COMPLAINT FOR PATENT INFRINGEMENT

19.     ASUS has thus infringed and continues to infringe at least claim 13 of the '637 patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Infringing Devices.

20.     ASUS's acts of direct infringement have caused, and continue to cause, damage to CellTran, and CellTran is entitled to recover damages sustained as a result of ASUS's wrongful acts in an amount subject to proof at trial.

## COUNT 2:  INFRINGEMENT OF THE '713 PATENT

21.     The allegations of paragraphs 1-7 of this Complaint are incorporated by reference as though fully set forth herein.

22.     CellTran owns by assignment the entire right, title, and interest in the '425 patent.

23.     The '425 patent was issued by the United States Patent and Trademark Office on February 6, 2018, and is titled "Methods and Apparatus for Performing Handoff Based on the Mobility of a Subscriber Station." A true and correct copy of the '425 patent is attached as Exhibit B.

24.     Upon information and belief, ASUS has infringed at least claim 7 of the '425 patent by making, using, testing, selling, offering for sale, importing and/or licensing in the United States licensed assisted access (LAA) mobile devices, including phones and laptops, including at least the ZenPro 4, ZenPhone 5Z, and the NovaGo laptop (collectively the "Accused Infringing Devices") in an exemplary manner as described below.

25.     The Accused Infringing Devices are subscriber stations sometimes referred to as user equipment ("UE"), which support LTE-Advanced connectivity and LAA technology.  For example, the ZenPhone 4 Pro and the NovaGo laptop use the Snapdragon 835 mobile platform, while the ZenPhone 5Z uses the Snapdragon 845 mobile platform.  Both the Snapdragon 835 and the Snapdragon 845 support LAA.

1

2

3

4

5

6

7

8

9

https://www.asus.com/us/Phone/ZenFone-4-Pro-ZS551KL/Tech-Specs/

10

11

12

13

14

15

16

17

18

19

20

https://www.asus.com/us/Phone/ZenFone-5Z-ZS620KL/Tech-Specs/

21

22

23

24

25

26

27

28

https://www.microsoft.com/en-us/p/asus-novago-tp370ql-6g128g-convertible-laptop-with-gigabit-lte-unlocked/8z6d8jn7cgg9?icid=PC_cat_ACPC-ASUS-06042018&activetab=pivot:overviewtab

13

COMPLAINT FOR PATENT INFRINGEMENT



https://www.qualcomm.com/products/snapdragon/processors/835

COMPLAINT FOR PATENT INFRINGEMENT

# Cellular Modem

Chipset

- Snapdragon X16 LTE Modem

LTE Category

- LTE Category 16 (downlink)
- LTE Category 13 (uplink)

Supported Cellular Technologies

- LTE FDD
- LTE TDD
- LAA
- LTE Broadcast
- WCDMA (DB-DC-HSDPA, DC-HSUPA)
- TD-SCDMA
- CDMA 1x
- EV-DO
- GSM/EDGE

https://www.qualcomm.com/products/snapdragon/modems/4g-lte/x16

COMPLAINT FOR PATENT INFRINGEMENT

# SDM845

Purpose-built for mobile, the SDM845 is ideal for premium mobile experiences. SDM845 supports new architectures for AI and immersive virtual reality, as well as gigabit LTE and a new security architecture.

## Cellular Modem

Modem Name

- Qualcomm® Snapdragon™ X20 LTE modem

Supported Cellular Technologies

- LTE FDD
- LTE TDD
- LAA
- LTE Broadcast
- WCDMA (DB-DC-HSDPA, DC-HSUPA)
- TD-SCDMA
- CDMA 1x
- EV-DO
- GSM/EDGE

https://www.qualcomm.com/products/sdm845

26.     The Accused Infringing Devices contain a front end module configured to establish a service with a base station in a licensed spectrum and to transmit a message to the base station to determine availability of the service via a non-licensed (alternatively referred to as "unlicensed") spectrum.  For example, the Accused Infringing Devices contain front end components that convert information into radio signals that can be transmitted and received over the air.

COMPLAINT FOR PATENT INFRINGEMENT

**RFFE (RF Front-End):**

RF Front End (RFFE) refers to a set of mobile device components that convert information into radio signals that can be transmitted and received over the air. RFFE components work in conjunction with a device's modem and antenna.

https://www.qualcomm.com/news/onq/2017/02/23/mwc-2017-fundamentals-cheat-sheet

27.     Being LAA-enabled UE, the Accused Infringing Devices are configured to establish a service with a base station ("eNB") in a licensed spectrum and to transmit a message to the base station to determine availability of the service via a non-licensed spectrum.



https://www.qualcomm.com/media/documents/files/laa-webinar-feb-2016.pdf

COMPLAINT FOR PATENT INFRINGEMENT

https://www.qualcomm.com/documents/progress-laa-and-its-relationship-lte-u-and-multefire

28.    The Accused Infringing Devices contain a mobility monitoring module.  For example, the Accused Infringing Devices include a mobility monitoring module within its cellular baseband processor, such as the Qualcomm Snapdragon x16 LTE modem.
https://www.qualcomm.com/news/onq/2017/10/13/lg-v30-and-snapdragon-835-unite-premium-photography-security-and-mobile-vr

29.    The Accused Infringing Devices contain a mobility monitoring module configured to determine a first value of a mobility factor of the subscriber station wherein the mobility factor is determined from values of one or more metrics concerning communications between the base station and the subscriber station. For example, the Accused Infringing Devices will make radio resource management measurements representing values of one or more metrics that are reported to LTE LAA-enabled base stations.

COMPLAINT FOR PATENT INFRINGEMENT

## 5.5    Measurements

### 5.5.1    Introduction

The UE reports measurement information in accordance with the measurement configuration as provided by E-UTRAN. E-UTRAN provides the measurement configuration applicable for a UE in RRC_CONNECTED by means of dedicated signalling, i.e. using the *RRCConnectionReconfiguration* or *RRCConnectionResume* message.

The UE can be requested to perform the following types of measurements:

- Intra-frequency measurements: measurements at the downlink carrier frequency(ies) of the serving cell(s).

- Inter-frequency measurements: measurements at frequencies that differ from any of the downlink carrier frequency(ies) of the serving cell(s).

- Inter-RAT measurements of UTRA frequencies.

- Inter-RAT measurements of GERAN frequencies.

- Inter-RAT measurements of CDMA2000 HRPD or CDMA2000 1xRTT or WLAN frequencies.

ETSI TS 136 331 V13.8.1 (2018-01)

https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/13.08.01_60/ts_13633 1v130801p.pdf

30.    The Accused Infringing Devices use metrics including one or more of frequency offsets, correlations of known signals, and variation of received signal power.  For example, the Accused Infringing Devices use metrics such as RSSI, RSPR, and RSRQ, which represent and/or provide one or more frequency offsets, correlations of known signals and variation of signal power.

COMPLAINT FOR PATENT INFRINGEMENT

6.3.6    Other information elements

–    UE-EUTRA-Capability

The IE *UE-EUTRA-Capability* is used to convey the E-UTRA UE Radio Access Capability Parameters, see TS 36.306 [5], and the Feature Group Indicators for mandatory features (defined in Annexes B.1 and C.1) to the network. The IE *UE-EUTRA-Capability* is transferred in E-UTRA or in another RAT.

**crossCarrierSchedulingLAA-DL**
Indicates whether the UE supports cross-carrier scheduling from a licensed carrier for LAA cell(s) for downlink. This field can be included only if *downlinkLAA* is included.

**csi-RS-DRS-RRM-MeasurementsLAA**
Indicates whether UE supports performing RRM measurements on LAA cell(s) based on CSI-RS-based DRS. This field can be included only if *downlinkLAA* is included.

**downlinkLAA**
Presence of the field indicates that the UE supports downlink LAA operation including identification of downlink transmissions on LAA cell(s) for full downlink subframes, decoding of common downlink control signalling on LAA cell(s), CSI feedback for LAA cell(s), RRM measurements on LAA cell(s) based on CRS-based DRS.

**rssi-AndChannelOccupancyReporting**
Indicates whether the UE supports performing measurements and reporting of RSSI and channel occupancy. This field can be included only if *downlinkLAA* is included.

ETSI TS 136 331 V13.8.1 (2018-01)
https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/13.08.01_60/ts_13633
1v130801p.pdf



ETSI TS 136 214 V13.5.0 (2017-10)
http://www.etsi.org/deliver/etsi_ts/136200_136299/136214/13.05.00_60/ts_136214
v130500p.

31.    The Accused Infringing Devices initiate transfer of the service from the licensed spectrum to the non-licensed spectrum associated with the base station

based on the first value of the mobility factor.  For example, an Accused Infringing Device ("UE") can initiate transfer of the service from a licensed to non-licensed spectrum via a measurement report triggering event.  One such exemplary triggering is Event A3, which specifies that a UE will initiate transfer if RRC conditions for a neighbor cell (a Secondary Cell ("SCell") on non-licensed spectrum) become better than those of the Primary Cell ("PCell") (on licensed spectrum) to which the UE is presently camped.

5.5.4      Measurement report triggering

5.5.4.1      General

If security has been activated successfully, the UE shall:

> 1> for each *measId* included in the *measIdList* within *VarMeasConfig*:

>> 2> if the *triggerType* is set to *event* and if the entry condition applicable for this event, i.e. the event corresponding with the *eventId* of the corresponding *reportConfig* within *VarMeasConfig*, is fulfilled for one or more applicable cells for all measurements after layer 3 filtering taken during *timeToTrigger* defined for this event within the *VarMeasConfig*, while the *VarMeasReportList* does not include an measurement reporting entry for this *measId* (a first cell triggers the event):

ETSI TS 136 331 V13.8.1 (2018-01)

32.    ASUS has thus infringed and continues to infringe at least claim 7 of the '425 patent by making, using, testing, selling, offering for sale, importing and/or licensing the Accused Infringing Devices.

33.    ASUS's acts of direct infringement have caused, and continue to cause, damage to CellTran, and CellTran is entitled to recover damages sustained as a result of ASUS's wrongful acts in an amount subject to proof at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, CellTran, respectfully prays that the Court enter judgment in its favor and against ASUS as follows:

A.    A judgment that ASUS has infringed the '637 patent;

B.    A judgment that ASUS has infringed the '425 patent;

C.    A judgment that CellTran be awarded damages adequate to compensate it for ASUS's past infringement and any continuing or future

COMPLAINT FOR PATENT INFRINGEMENT

infringement of the '637 patent and the '425 patent, including pre-judgment and post-judgment interest costs and disbursements as justified under 35 U.S.C. § 284 and an accounting;

      D.     That CellTran be granted its reasonable attorneys' fees in this action;

      E.     That this Court award CellTran its costs; and

      F.     That this Court award CellTran such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, CellTran demands a trial by jury for all issues so triable.

Dated: September 7, 2018      By */s/ M. Elizabeth Day*

                M. Elizabeth Day (SBN 177125)
                eday@feinday.com
                FEINBERG DAY ALBERTI LIM & BELLOLI LLP
                1600 El Camino Real, Suite 280
                Menlo Park, CA  94025
                Telephone:    650 618-4360
                Facsimile:    650 618-4368

                *Attorneys for Plaintiff*
                Cellular Transitions, LLC